**FILED: 07-17-2014**

JS - 6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| *Kofi Obeng-Amponsah,*<br>　　　　**Plaintiff,**<br>　　v.<br>*U.S. Bank National Association*,<br>　　　　**Defendant.** | CASE NO. ED CV 14-262-GHK (JCx)<br><br>**JUDGMENT** |

　　　Pursuant to the Court's July 17, 2014 Order, IT IS HEREBY ADJUDGED that Plaintiff's claims against Defendant U.S. Bank National Association are **DISMISSED with prejudice**.  Plaintiff shall take nothing by this Complaint.

　　　**IT IS SO ORDERED**.

DATED: July 17, 2014

_____
GEORGE H. KING
Chief United States District Judge